IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **DIGITAL REG OF TEXAS, LLC.,** | § |
| | § |
| Plaintiff | § |
| | § |
| vs. | § CASE NO. 6:07 CV 467 LED |
| | § |
| **LFP INTERNET GROUP, LLC,** | § |
| **L.F.P., INC.,** | § |
| **MICROSOFT CORP.,** | § |
| **APPLE INC.,** | § |
| **PLAYBOY ENTERPRISES, INC.,** | § |
| **AUDIBLE, INC.,** | § |
| **SONY CORP. OF AMERICA,** | § |
| **SONY CONNECT, INC.,** | § |
| **MACROVISION CORP.,** | § |
| and | § |
| **BLOCKBUSTER INC.** | § |
| | § |
| Defendants. | § |

### ORDER

The Court having considered the Emergency Motion by Defendants Sony Corp. of America and Sony Connect Inc. to Compel Discovery by Plaintiff Digital Reg of Texas, LLC., for Sanctions, and for good cause having been shown. It is hereby ORDERED that the Motion is GRANTED in part. The Court hereby orders the following:

1. Plaintiff Digital Reg of Texas, LLC., shall file and serve an opposition brief on or before 12pm on Tuesday, Aug. 25, 2009.

**So ORDERED and SIGNED this 24th day of August, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**