**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **DIGITAL REG OF TEXAS, LLC.,** | § § § § | |
| **Plaintiff** | | |
| vs. | § § § § | **CASE NO. 6:07 CV 467 LED** |
| **LFP INTERNET GROUP, LLC,** **L.F.P., INC.,** **MICROSOFT CORP.,** **APPLE INC.,** **PLAYBOY ENTERPRISES, INC.,** **AUDIBLE, INC.,** **SONY CORP. OF AMERICA,** **SONY CONNECT, INC.,** **MACROVISION CORP.,** and **BLOCKBUSTER INC.** | § § § § § § § § § § § § | |
| **Defendants.** | § | |

**ORDER**

Having considered the Emergency Motion by Defendants Sony Corp. of America and Sony Connect Inc. ("Sony") to Compel Discovery by Plaintiff Digital Reg of Texas, LLC. ("DRT"), for Sanctions, and for Expedited Hearing filed on August 21, 2009 (Docket # 282) and any opposition thereto, the Motion is DENIED, and Sony's Motion for Leave to Reply to Plaintiff's Opposition to Motion to Compel and For Sanctions (Docket # 286) is hereby DENIED as moot.

The Court further ORDERS:

1. Plaintiff DRT and Defendants Sony shall meet and confer in an effort to craft a Revised Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6).

2. The Revised Notice of Deposition should specify the Rule 30(b)(6) topics already addressed by individual deposition testimony and those not yet addressed. As to those topics already addressed, Sony may question the witness designated on behalf of DRT as to any new knowledge

on these topics, but may not revisit that which has been covered in prior testimony of the witness.

The parties are strongly encouraged to resolve these minor issues without resorting to motion practice or otherwise involving the Court. However, if a disagreement cannot be resolved during the deposition, the parties should telephone the undersigned.

**So ORDERED and SIGNED this 26th day of August, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**